DARREN LANDIE
Law Offices of Darren Landie
2600 Walnut Ave., Suite E
Tustin, CA 92780
714-544-3291
Fax: 714-276-6110
Email: darren@landielaw.com

*Attorney for Defendant CWT*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WIEDERHOLD; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CONSOLIDATED WORLD TRAVEL INC. dba HOLIDAY CRUISE LINE,<br><br>　　　　Defendant. | Case No. 2:15-cv-00828-TJH-MAN<br><br>**JOINT STIPULATION FOR STAY PENDING RESOLUTION OF MDL PROCEEDINGS** |

Pursuant to this Court's Local Rule 7-1, Defendant CONSOLIDATED WORLD TRAVEL INC. ("CWT") and Plaintiff SCOTT WIEDERHOLD ("Plaintiff"), hereby stipulate to a stay of this proceeding pending the resolution of

**JOINT STIPULATION FOR STAY PENDING RESOLUTION OF MDL PROCEEDINGS**　　　　　　Page **1** of **4**

MDL proceedings affecting this matter. *See In re Holiday Cruise Line Telephone Consumer Protection Act (TCPA) Litigation*, MDL No. 2637 (J.P.M.L.). On May 4, 2015, a notice of the MDL case was filed in this action (DE 19).

### MEMORANDUM OF LAW

The Parties' proposal to stay these proceedings temporarily, pending the outcome of a MDL petition that could result in this case being transferred to Florida, will not prejudice any of the parties and will best preserve this Court's resources. *See Couture v. Hoffman-La Roche, Inc.*, 2012 WL 3042994 * 2 (N.D. Cal., July 25, 2012) (when evaluating a motion to stay a proceeding pending a possible MDL transfer, "a primary factor to consider is the preservation of judicial resources," and staying the action pending transfer "can help prevent duplicative litigation and inconsistent ruling"). Furthermore, Courts in this District have granted similar relief when an MDL petition was pending. *See e.g., Rivers v. Walt Disney Co.*, 980 F. Supp. 1358 (C.D. Cal. 1997) (staying case in its entirety pending a decision in MDL proceedings).

WHEREFORE, the parties jointly request that the Court enter an Order:

A. Granting this Stipulation;

B. Staying this matter pending the resolution of the MDL proceedings; &

C. Granting such other relief this Court deems equitable and just.

**JOINT STIPULATION FOR STAY PENDING RESOLUTION OF MDL PROCEEDINGS**               Page **2** of **4**

Dated: June 23, 2015

/s/ Matthew M. Loker
Matthew M. Loker, Esq.
Kazerouni Law Group, APC
Seyed Abbas Kazerounian
ak@kazlg.com
Matthew M. Locker, Esq.
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile (800) 520-5523
*Attorneys for Plaintiff*

Respectfully Submitted,

By:  /s/ *Jeffrey A. Backman*
RICHARD EPSTEIN, ESQ.
Fla. Bar No. 229091
(Admission Pro Hac Vice)
richard.epstein@gmlaw.com
JEFFREY A. BACKMAN, ESQ.
Fla. Bar No. 662501
(Admission Pro Hac Vice)
jeffrey.backman@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 213-0140

Darren Landie
Law Offices of Darren Landie
2600 Walnut Ave., Suite E
Tustin, CA 92780
Telephone: 714-544-3291
Fax: 714-276-6110
darren@landielaw.com

*Attorneys for Defendant*

**JOINT STIPULATION FOR STAY PENDING RESOLUTION OF MDL PROCEEDINGS**          Page **3** of **4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on this 23rd day of June, 2015.

| | |
|---|---|
| **Joshua B Swigart**<br>Hyde and Swigart<br>2221 Camino del Rio South Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>Fax: 619-297-1022<br>Email: josh@westcoastlitigation.com | **Seyed Kazerounian**<br>Kazerouni Law Group APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>Fax: 800-520-5523<br>Email: ak@kazlg.com |
| **Todd M Friedman**<br>Law Offices of Todd M Friedman PC<br>324 South Beverly Drive Suite 725<br>Beverly Hills, CA 90212<br>877-206-4741<br>Fax: 866-633-0228<br>Email: tfriedman@attorneysforconsumers.com | **Matthew M Loker**<br>Kazerouni Law Group APC<br>245 Fishcer Avenue Unit D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>Fax: 800-520-5523<br>Email: ml@kazlg.com |

By: /s/ *Jeffrey A. Backman*
JEFFREY A. BACKMAN