UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-0828-TJH(MANx) | Date | AUGUST 27, 2015 |

Title: SCOTT WIEDERHOLD v. CONSOLIDATED WORLD TRAVEL INC.,

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

The Court is in receipt of the Status Report [25] re MDL Proceedings, filed on August 21, 2105.  The Court having read and considered said reports, hereby GRANTS the parties request to lift the stay and permit the parties to proceed with litigation herein.

The Final Pretrial Conference is placed back on the calendar for **January 11, 2016 at 10:00 a.m.**

IT IS SO ORDERED.

cc: all parties

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |