# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SCOTT WIEDERHOLD, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONSOLIDATED WORLD TRAVEL INC., *et al.*,<br><br>    Defendants. | CV 15-00828 TJH (JCx)(MANx)<br><br>Order<br><br>[34] |

    The Court has considered Defendants' motion to stay proceedings pending the United States Supreme Court's decision in *Spokeo, Inc. v. Robins*, 135 S. Ct. 1892 (2015), together with the moving and opposing papers.

    Because there is a factual dispute in the case at bar, it is unclear whether *Spokeo* will be dispositive of this case. Accordingly,

    It is Ordered that the motion to stay be, and hereby is, Denied.

Date: April 20, 2016

                                                 _____
                                                 Terry J. Hatter, Jr.
                                       Senior United States District Judge