| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **HYDE & SWIGART** |
| Abbas Kazerounian, Esq. (249203) | Joshua B. Swigart, Esq. (225557) |
| ak@kazlg.com | josh@westcoastlitigation.com |
| Matthew M. Loker, Esq. (279939) | 2221 Camino Del Rio South, Suite 101 |
| ml@kazlg.com | San Diego, CA 92108 |
| 245 Fischer Avenue, Unit D1 | Telephone: (619) 233-7770 |
| Costa Mesa, CA 92626 | Facsimile: (619) 297-1022 |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | |

*Attorneys for Plaintiffs*,
Additional counsel on signature page.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT WIEDERHOLD; AND, JASON HUHN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | **Case No.:** CV15-828 TJH (MANx) |
| | **NOTICE OF SETTLEMENT** |
| Plaintiffs, | **HON. TERRY J. HATTER, JR.** |
| v. | |
| **CONSOLIDATED TRAVEL HOLDINGS, INC.; CONSOLIDATED WORLD TRAVEL INC. dba HOLIDAY CRUISE LINE; FLORIDA BAHAMIAN SHAREHOLDER, LLC; CRUISE OPERATOR INC. dba BAHAMAS PARADISE CRUISE LINE; BAHAMAS PARADISE CRUISE LINE, LLC;** and **JAMES H. VERRILLO,** | |
| Defendants. | |

///

///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the individual disputes between Plaintiffs SCOTT WIEDERHOLD; and, JASON HUHN ("Plaintiffs") and Defendants have been resolved in their entirety. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice as to Plaintiffs and without Prejudice as to the putative class members within 60 days. Plaintiffs request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after February 28, 2017 for filing a Joint Dismissal.

Dated: December 29, 2016                                    Respectfully submitted,

                                                           **KAZEROUNI LAW GROUP, APC**

                                    By: ____/s/ Matthew M. Loker___
                                                  MATTHEW M. LOKER, ESQ.
                                                  ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement* has been filed this 29th day of December, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                ___/s/ Matthew M. Loker___
                                                    Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626